■ FAYE M. EATON et al., Appellants, v SYLVIA HUNGERFORD, Individually and as Special Education Teacher of the Wayne Central School District, et al., Respondents. (Appeal No. 2.) [913 NYS2d 619]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered May 1, 2009. The order, among other things, denied in part the motion of plaintiffs for leave to renew or reargue and for leave to amend their complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Eaton v Hungerford* (79 AD3d 1627 [2010]). Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

■ ROBERT G. BELSTADT, Respondent, v LISA A. BELSTADT, Also Known as TRUNZO, Appellant. [913 NYS2d 118]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered February 8, 2010 in a post judgment divorce action. The order, inter alia, provided that the subject child may attend St. Joseph's Collegiate Institute as a freshman in the fall of 2010.

Now, upon the order of Supreme Court, Erie County, entered September 10, 2010 vacating the order appealed from and upon reading and filing the statement of Sharon Anscombe Osgood, counsel for defendant-appellant, dated September 14, 2010 withdrawing said appeal,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.